# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0217
LT Case No. 16-2022-MM-008480-AXXX

_____

JASPER RAY ANDREWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Duval County.
Robin E. Lanigan, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.


July 23, 2024


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., and EISNAUGLE and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————